# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

128144

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

WAYNE OAKLAND CONTRACTING,
INC., a Michigan Corporation,
　　　　　　Plaintiff-Appellee,

v

SC: 128144
COA: 248387
Wayne CC: 00-024745-CZ

CITY OF GARDEN CITY, a Municipal
Corporation and GARDEN CITY
DOWNTOWN DEVELOPMENT
AUTHORITY, a Municipal Corporation,
　　　　　　Defendants-Appellants.

_____/

　　　　On order of the Court, the application for leave to appeal the December 14, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

Clerk

p0919